IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODNEY K. CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:09-cv-00784-DGW |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pending before the Court is Plaintiff's Application for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act ("EAJA") and Memorandum in Support (Docs. 29, 30) and the parties' Joint Stipulation for Award of Attorneys' Fees under the EAJA (Doc. 32). In an Order dated March 22, 2010, the Court granted the parties' Joint Motion for Remand (Doc. 26) and reversed the final decision of the Commissioner of the Social Security Administration under sentence four of 42 U.S.C. § 405(g) with remand of the case for further proceedings.

Pursuant to the EAJA, a successful litigant against the federal government is entitled to recover his attorney's fees if: 1) he was a "prevailing party"; 2) the government's position was not "substantially justified"; 3) there exist no special circumstances that would make an award unjust; and 4) he filed a timely application.  28 U.S.C. § 2412(d)(1)(A),(B).

In this case, the parties agree that Plaintiff should be awarded $2,435.61 in attorney's fees.  The Court has reviewed Plaintiff's bill of costs and finds that the requested fee is reasonable and should be awarded.

Accordingly, the Court hereby **GRANTS** Plaintiff's Application for Award of Attorney's Fees in the amount of $2,435.61.

**IT IS SO ORDERED.**

**DATED:  February 14, 2011**

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**